GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

| | |
|---|---|
| LISA WOODS MUNGER | 3858-0 |
| lmunger@goodsill.com | |
| RANDALL C. WHATTOFF | 9487-0 |
| rwhattoff@goodsill.com | |
| CHRISTINE A. TERADA | 10004-0 |
| cterada@goodsill.com | |

First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Defendants
OHANA MILITARY COMMUNITIES, LLC, FOREST
CITY RESIDENTIAL MANAGEMENT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARA BARBER, MELISSA JONES, MELISSA STREETER AND KATIE ECKROTH, On Behalf of Themselves and All Others Similarly Situated,<br><br>           Class Plaintiffs,<br><br>     vs.<br><br>OHANA MILITARY COMMUNITIES, LLC, FOREST CITY RESIDENTIAL MANAGEMENT, INC.; and DOE DEFENDANTS 1-10,<br><br>           Defendants. | CV 14-00217<br><br>DEFENDANT OHANA MILITARY COMMUNITIES, LLC'S CORPORATE DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE |

# DEFENDANT OHANA MILITARY COMMUNITIES, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure Rule 7.1(a), Defendant Ohana Military Communities, LLC ("Ohana") files this Corporate Disclosure Statement and hereby discloses as follows:

Ohana is a domestic limited liability company.  Ohana is managed by its members, Hawaii Military Communities LLC and the United States of America, Department of the Navy.

DATED:  Honolulu, Hawaii, May 6, 2014.

/s/ Christine A. Terada
LISA WOODS MUNGER
RANDALL C. WHATTOFF
CHRISTINE A. TERADA

Attorneys for Defendants
OHANA MILITARY COMMUNITIES, LLC
FOREST CITY RESIDENTIAL
    MANAGEMENT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARA BARBER, MELISSA JONES, MELISSA STREETER AND KATIE ECKROTH, On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　Class Plaintiffs,<br><br>　vs.<br><br>OHANA MILITARY COMMUNITIES, LLC, FOREST CITY RESIDENTIAL MANAGEMENT, INC.; and DOE DEFENDANTS 1-10,<br><br>　　　　　Defendants. | CV 14-00217<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing document was duly served upon the following individuals at their last known address in the manner described below:

| | Mail and e-mail | Hand Delivery |
|---|:---:|:---:|
| P. Kyle Smith, Esq.<br>Lynch Hopper Salzano & Smith<br>970 N. Kalaheo Ave., Suite A301<br>Kailua, HI 96734 | ☒ | ☐ |

|  | Mail and e-mail | Hand Delivery |
|---|---|---|
| Terrance M. Revere, Esq.<br>Malia R. Nickison-Beazley, Esq.<br>Revere & Associates<br>Pali Palms Plaza<br>970 N. Kalaheo Ave., Suite A301<br>Kailua, HI 96734 | ☒ | ☐ |

Attorneys for Class Plaintiffs

DATED: Honolulu, Hawaii, May 6, 2014.

/s/ Christine A. Terada
LISA WOODS MUNGER
RANDALL C. WHATTOFF
CHRISTINE A. TERADA

Attorneys for Defendants
OHANA MILITARY COMMUNITIES, LLC
FOREST CITY RESIDENTIAL
    MANAGEMENT, INC.

2