GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

LISA WOODS MUNGER        3858-0
   lmunger@goodsill.com
RANDALL C. WHATTOFF      9487-0
   rwhattoff@goodsill.com
CHRISTINE A. TERADA      10004-0
   cterada@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Defendants
OHANA MILITARY COMMUNITIES, LLC
FOREST CITY RESIDENTIAL MANAGEMENT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARA BARBER, MELISSA JONES, MELISSA STREETER AND KATIE ECKROTH, On Behalf of Themselves and All Others Similarly Situated,<br><br>        Class Plaintiffs,<br><br>  vs.<br><br>OHANA MILITARY COMMUNITIES, LLC, FOREST CITY RESIDENTIAL MANAGEMENT, INC.; and DOE DEFENDANTS 1-10,<br><br>        Defendants. | CIV NO 14-00217 HG-KSC<br><br>DEFENDANT FOREST CITY RESIDENTIAL MANAGEMENT, INC.'S CORPORATE DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE |

4783059.1
5/1/14

## DEFENDANT FOREST CITY RESIDENTIAL MANAGEMENT, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure Rule 7.1(a), Defendant Forest City Residential Management, Inc. files this Corporate Disclosure Statement and hereby discloses as follows:

Forest City Residential Management, Inc. is a corporation wholly owned by Forest City Residential Group, Inc., which is wholly owned by Forest City Rental Properties Corporation, which is wholly owned by Forest City Enterprises, Inc., which is a publicly held corporation. Forest City Residential Management, Inc. has no other owners.

DATED: Honolulu, Hawaii, May 6, 2014.

/s/ Christine A. Terada
LISA WOODS MUNGER
RANDALL C. WHATTOFF
CHRISTINE A. TERADA

Attorneys for Defendants
OHANA MILITARY COMMUNITIES, LLC
FOREST CITY RESIDENTIAL
MANAGEMENT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARA BARBER, MELISSA JONES, MELISSA STREETER AND KATIE ECKROTH, On Behalf of Themselves and All Others Similarly Situated,<br><br>    Class Plaintiffs,<br><br>    vs.<br><br>OHANA MILITARY COMMUNITIES, LLC, FOREST CITY RESIDENTIAL MANAGEMENT, INC.; and DOE DEFENDANTS 1-10,<br><br>    Defendants. | CIV NO 14-00217 HG-KSC<br><br>CERTIFICATE OF SERVICE |

### **CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF**

P. Kyle Smith, Esq.            kyle@lhsshawaii.com
Terrance M. Revere, Esq.       terry@revereandassociates.com
Malia R. Nickison-Beazley, Esq.   Malia@revereandassociates.com

Attorneys for Class Plaintiffs

DATED: Honolulu, Hawaii, May 6, 2014.

/s/ Christine A. Terada
LISA WOODS MUNGER
RANDALL C. WHATTOFF
CHRISTINE A. TERADA

Attorneys for Defendants
OHANA MILITARY COMMUNITIES, LLC
FOREST CITY RESIDENTIAL
    MANAGEMENT, INC.