

## Dangerous Ground

(KHNL)--More than 200 homes being built on Marine Corps Base Hawaii in Kaneohe are sitting on dangerous ground.

Tests done by the contractor and the military show there is pesticide in the dirt, but the military officials say it's not enough to be concerned. A safety consultant who works for the contractor says something needs to be done to protect the families who are about to move in.

"What you'll end up with is contaminated grounds, lawns, shrubs and backlawns for the military families," said Walter Chun, who's worked in the environmental safety field for thirty seven years. He is a safety consultant to the contractor, Metcalf Construction.

Chun says his tests show some areas had high levels of chlordane. Some areas had levels twenty times the EPA's acceptable level. Chlordane was used as a pesticide, but was banned by the EPA in 1988 because of its health risks. Exposure to chlordane can cause liver damage, bronchitis, migranes, asthma, and cancer.

In a study it conducted, the Navy said the levels of contamination are okay, because the families won't be living there for more than six years.

"In December, they came back and told the contractor it's clean, don't worry about it," said Chun about the Navy's response.

"Just spread it out and plant your grass and shrubs on it."

The Navy awarded the contract to build the housing facility. In a statement, a spokesperson said the charges are "untrue" and the Navy would never knowingly expose military members, or their families, to any unsafe health risk.

Chun filed a complaint with the EPA, because the state Health Department says it doesn't have the power. So the contractor has no choice but to finish the project.

"We're going to walk away from this project leaving contaminated front yards for these children with this carcinogen and that's not something we can live with," said Chun.

The housing project is expected to be completed in August. It is being built for junior enlisted Marines.

### WE RECOMMEND

- Swingers Gear Up for Massive Halloween Swinger Parties Nationwide
- Paradise Park to re-open
- Trash piling up in Big Island subdivision
- Man pleads guilty to exploiting teens in Thailand
- Governor-elect Ige appoints Mike McCartney as chief of staff

### FROM AROUND THE WEB

- Vanessa Williams' Surprising DNA Test (Ancestry)
- 6 Things You Should Never Buy at Sam's Club (Moneyning.com)
- Oprah Winfrey's Surprising DNA Test (Ancestry)
- Why do Meth users have open sores? (Meth Project)
- A Grandpa Left a Trunk Behind For His Family - What's Inside is Incredible (Viral Nova)

Recommended by

RECOMMENDED STORIES                                    Promoted Links by Taboola


Waianae family shares pain after the death of a young woman at a rave


Family of apparent drug overdose victim speaks out


State has options in pinpointing lagoon's bacteria source


Former American Idol Contestant Performs on Sunrise

Curtis Stone Heats Things Up
Lifescript

Offers and Articles From Around the Web                                                    ADVERTISE

 The wardrobe malfunctions these cheerleaders…

 If you drive in Hawaii, see how this hidden rule…

 Honolulu arrest records. Who do you know?

 Top 10 Richest Women I The World

 Women have been urged to cease posting these…

 Increase Testosterone naturally with this…

 Do You Know Which Celebrities Had Plastic…

 Shocking! The Governm Does Not Want You To…

worldnow

EXPLORE HAWAIINEWSNOW.COM

HOME
- News
- Sunrise
- Weather
- Sports
- Video
- Lifestyle
- What's On
- Community
- About Us

NEWS
- Local News
- National News
- International News
- Political News
- Features
- Strange News
- Email Alerts

### SUNRISE

Every Morning on Sunrise
Every Week on Sunrise
Sunrise Special Features
Sunrise Videos
Sunrise Archives

### WEATHER

7 Day Forecast
Surf Report
Interactive Radar
Tides
Severe Weather
Hurricane Tracker
Pacific Satellite Center

### SPORTS

Local Sports
UH Sports
College Sports
MLB
NFL
NBA

Case 1:14-cv-00217-HG-RLP Document 45-7 Filed 11/25/14 Page 4 of 5 PageID.1472

### VIDEO

Lifestyle
What's On
TV Listings
NBC Player
CBS Player
America Now
Community

### ABOUT US

Anchors and Reporters
News Department
Sales Department
Marketing/Online
Like us on Facebook
Follow us on Twitter
Watch us on YouTube
ConnectNOW

Closed Captioning

KHNL
FCC Public File
KHNLpublicfile
@hawaiinewsnow.com
808-847-3246
EEO Report

KGMB
FCC Public File
KGMBpublicfile
@hawaiinewsnow.com
808-847-3246
EEO Report

All content © Copyright 2000 - 2014 WorldNow and KHNL, a Raycom Media Station.
All Rights Reserved. For more information on this site, please read our Privacy Policy and Terms of Ser

All Rights Reserved. For more information on this site, please read our Privacy Policy and Terms of Serv…