IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARA BARBER; MELISSA JONES; MELISSA STREETER; KATIE ECKROTH, on behalf of themselves and all other similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>OHANA MILITARY COMMUNITIES, LLC; FOREST CITY RESIDENTIAL MANAGEMENT, INC.; DOE DEFENDANTS 1-10,<br><br>    Defendants. | CIVIL NO. 14-00217 HG-KSC |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION (ECF No. 51)

Findings and Recommendation having been filed and served on all parties on December 18, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation to Deny Without Prejudice Plaintiffs' Motion for Class

//

//

Certification (ECF No. 51) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: January 8, 2015, Honolulu, Hawaii.



/s/ Helen Gillmor
Helen Gillmor
United States District Judge