**LYNCH HOPPER SMITH, LLP**
P. KYLE SMITH                   9533-0
CHRISTINA LAMBE                 8702-0
970 N. Kalaheo Ave., #A301
Kailua, HI 96734
T: (808) 791-9555

**REVERE & ASSOCIATES**
TERRANCE M. REVERE              5857-0
Pali Palms Plaza
970 North Kalaheo Avenue, Suite A301
Kailua, Hawaii 96734
T: (808) 791-9550
*Attorneys on behalf of Class Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARA BARBER, MELISSA JONES, MELISSA STREETER, KATIE ECKROTH, BOB BARBER, TIM JONES, AND RYAN ECKROTH, On Behalf of Themselves And All Others Similarly Situated,<br><br>      Class Plaintiffs,<br><br>  vs.<br><br>OHANA MILITARY COMMUNITIES, LLC, FOREST CITY RESIDENTIAL MANAGEMENT, INC.; and DOE DEFENDANTS 1-10,<br><br>      Defendants. | CIVIL NO.: 14-00217 HG-KSC<br><br>**PLAINTIFF CARA BARBER'S NOTICE OF PENDING FILING OF OPPOSITION TO DEFENDANTS' MOTION FOR PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE RE VIOLATIONS OF THE PARTIES' SETTLEMENT AGREEMENT; CERTIFICATE OF SERVICE**<br><br>Hearing Motion<br>Judge: Hon. Helen Gillmor |

**PLAINTIFF CARA BARBER'S NOTICE OF PENDING FILING OF OPPOSITION TO DEFENDANTS' MOTION FOR PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE RE VIOLATIONS OF THE PARTIES' SETTLEMENT AGREEMENT**

Plaintiffs herein given notice of pending filing of their Opposition to Defendants Ohana Military Communities, LLC, and Forest City Residential Management, LCC's (collectively, "OMC") Motion for Preliminary Injunction and Order to Show Cause [ECF 287]. On July 13, 2017, Plaintiffs and Defendants stipulated to allow the filing of Plaintiffs' Opposition under seal and agreed to allow Defendants to review their Opposition for the purpose of redaction of allegedly confidential materials. Plaintiffs further agreed to provide their un-redacted Opposition to Defendants for review on July 13, 2016, which has occurred. This stipulation was submitted to Magistrate Judge Kevin Chang on July 13, 2016, and Plaintiffs' un-redacted version will be filed under seal upon approval of the Parties' stipulation by mutual agreement. Thereafter, following Defendants' review, a public redacted version of Plaintiffs' opposition shall be submitted for filing with mutually agreed upon redactions.

DATED: Kailua, Hawaii, this 13th day of July 2016.

P. KYLE SMITH
TERRANCE M. REVERE
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARA BARBER, MELISSA JONES, MELISSA STREETER, KATIE ECKROTH, BOB BARBER, TIM JONES, AND RYAN ECKROTH, On Behalf of Themselves And All Others Similarly Situated,<br><br>       Class Plaintiffs,<br><br>vs.<br><br>OHANA MILITARY COMMUNITIES, LLC, FOREST CITY RESIDENTIAL MANAGEMENT, INC.; and DOE DEFENDANTS 1-10,<br><br>       Defendants. | CIVIL NO.: 14-00217 HG-KSC<br><br>**CERTIFICATE OF SERVICE** |

Pursuant to Federal Rule of Civil Procedure 5(a), the undersigned hereby certifies that **PLAINTIFF CARA BARBER'S OPPOSITION TO DEFENDANTS' MOTION FOR PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE RE VIOLATIONS OF THE PARTIES' SETTLEMENT AGREEMENT, FILED JULY 28, 2016; MEMORANDUM IN SUPPORT; DECLARATION OF PATRICK KYLE SMITH; DECLARATION OF CARA BARBER; and EXHIBITS 1-3** was served upon the following parties by email:

Randall Whattoff, Esq.                    rwhattoff@goodsill.com
Lisa Munger, Esq.                       lmunger@goodsill.com
Attorneys for Defendants

DATED: Kailua, Hawaii, this 13th day of July 2016.

                                            /s/ Kyle Smith
                                        P. KYLE SMITH
                                        TERRANCE M. REVERE
                                        MALIA R. NICKISON-BEAZLEY
                                        CHRISTINA LAMBE

                                        *Attorneys for Plaintiffs*