**LYNCH HOPPER SMITH, LLP**
970 N. Kalaheo | Kailua, Hawaii 96734
T: (808) 791-9555

**REVERE & ASSOCIATES**
970 N. Kalaheo | Kailua, Hawaii 96734
T: (808) 791-9550

May 25, 2016

**RECEIVED**
**JUN 06 2016**

**VIA REGULAR MAIL**

Ohana Military Communities, LLC
c/o Forest City Residential Management, Inc.
c/o Hunt Companies, Inc.
Box 63401
Kaneohe Bay, Hawaii 96863-3041

RE:    Mediation Demand to Ohana Military Communities, LLC
       Marine Corps Base Hawaii Pesticide Contamination

Residents:   Charles and Tanya Butler

Dear Ohana Military Communities, LLC:

This letter is provided to demand mediation on behalf of the above residents at Marine Corps Base Hawaii to address Ohana Military Communities, LLC, Forest City Residential Management, Inc., and/or Hunt Companies, Inc.'s (collectively, "OMC's") failure to disclose pesticide contamination to military families at MCBH. Specifically, despite knowledge of contamination at MCBH, OMC has knowingly leased residential housing to military families at MCBH without disclosing the presence or risks associated with such contamination. **Accordingly, pursuant to the mediation clause found within their lease agreements, our clients demand mediation to address OMC's intentional failure to disclose contamination at MCBH.**

Please contact us at your earliest convenience to schedule mediation with our clients regarding these issues. We request a response within fifteen (15) days whether you agree to mediation. Please note that if we do not receive a response from you within fifteen days of the above date we will pursue all available remedies at law that our clients may be entitled to.

Thank you in advance for your cooperation in this issue and please do not hesitate to contact us to further discuss this matter.

Very truly yours,

Kyle Smith
Lynch, Hopper, Salzano & Smith

Terry Revere
Revere & Associates

EXHIBIT 1

**LYNCH HOPPER SMITH, LLP**
970 N. Kalaheo | Kailua, Hawaii 96734
T: (808) 791-9555

**REVERE & ASSOCIATES**
970 N. Kalaheo | Kailua, Hawaii 96734
T: (808) 791-9550

May 25, 2016

**VIA REGULAR MAIL**

**RECEIVED**

Ohana Military Communities, LLC
c/o Forest City Residential Management, Inc.
c/o Hunt Companies, Inc.
Box 63401
Kaneohe Bay, Hawaii 96863-3041

**JUN 0 6 2016**

RE:       Mediation Demand to Ohana Military Communities, LLC
          Marine Corps Base Hawaii Pesticide Contamination

Residents:   Jonathan and Jennifer Spore

Dear Ohana Military Communities, LLC:

This letter is provided to demand mediation on behalf of the above residents at Marine Corps Base Hawaii to address Ohana Military Communities, LLC, Forest City Residential Management, Inc., and/or Hunt Companies, Inc.'s (collectively, "OMC's") failure to disclose pesticide contamination to military families at MCBH. Specifically, despite knowledge of contamination at MCBH, OMC has knowingly leased residential housing to military families at MCBH without disclosing the presence or risks associated with such contamination. **Accordingly, pursuant to the mediation clause found within their lease agreements, our clients demand mediation to address OMC's intentional failure to disclose contamination at MCBH.**

Please contact us at your earliest convenience to schedule mediation with our clients regarding these issues. We request a response within fifteen (15) days whether you agree to mediation. Please note that if we do not receive a response from you within fifteen days of the above date we will pursue all available remedies at law that our clients may be entitled to.

Thank you in advance for your cooperation in this issue and please do not hesitate to contact us to further discuss this matter.

Very truly yours,

Kyle Smith
Lynch, Hopper, Salzano & Smith

Terry Revere
Revere & Associates

**LYNCH HOPPER SMITH, LLP**
970 N. Kalaheo | Kailua, Hawaii 96734
T: (808) 791-9555

**REVERE & ASSOCIATES**
970 N. Kalaheo | Kailua, Hawaii 96734
T: (808) 791-9550

May 25, 2016

**RECEIVED**

**JUN 06 2016**

**VIA REGULAR MAIL**

Ohana Military Communities, LLC
c/o Forest City Residential Management, Inc.
c/o Hunt Companies, Inc.
Box 63401
Kaneohe Bay, Hawaii 96863-3041

RE:     Mediation Demand to Ohana Military Communities, LLC
           Marine Corps Base Hawaii Pesticide Contamination

Residents:    Jeremy and Ciara Graham

Dear Ohana Military Communities, LLC:

This letter is provided to demand mediation on behalf of the above residents at Marine Corps Base Hawaii to address Ohana Military Communities, LLC, Forest City Residential Management, Inc., and/or Hunt Companies, Inc.'s (collectively, "OMC's") failure to disclose pesticide contamination to military families at MCBH. Specifically, despite knowledge of contamination at MCBH, OMC has knowingly leased residential housing to military families at MCBH without disclosing the presence or risks associated with such contamination. **Accordingly, pursuant to the mediation clause found within their lease agreements, our clients demand mediation to address OMC's intentional failure to disclose contamination at MCBH.**

Please contact us at your earliest convenience to schedule mediation with our clients regarding these issues. We request a response within fifteen (15) days whether you agree to mediation. Please note that if we do not receive a response from you within fifteen days of the above date we will pursue all available remedies at law that our clients may be entitled to.

Thank you in advance for your cooperation in this issue and please do not hesitate to contact us to further discuss this matter.

Very truly yours,

Kyle Smith
Lynch, Hopper, Salzano & Smith

Terry Revere
Revere & Associates

**LYNCH HOPPER SMITH, LLP**
970 N. Kalaheo | Kailua, Hawaii 96734
T: (808) 791-9555

**REVERE & ASSOCIATES**
970 N. Kalaheo | Kailua, Hawaii 96734
T: (808) 791-9550

May 25, 2016

**VIA REGULAR MAIL**

**RECEIVED**

**JUN 0 6 2016**

Ohana Military Communities, LLC
c/o Forest City Residential Management, Inc.
c/o Hunt Companies, Inc.
Box 63401
Kaneohe Bay, Hawaii 96863-3041

RE:  Mediation Demand to Ohana Military Communities, LLC
     Marine Corps Base Hawaii Pesticide Contamination

Residents:  Mark and Catherine Beaudette

Dear Ohana Military Communities, LLC:

This letter is provided to demand mediation on behalf of the above residents at Marine Corps Base Hawaii to address Ohana Military Communities, LLC, Forest City Residential Management, Inc., and/or Hunt Companies, Inc.'s (collectively, "OMC's") failure to disclose pesticide contamination to military families at MCBH. Specifically, despite knowledge of contamination at MCBH, OMC has knowingly leased residential housing to military families at MCBH without disclosing the presence or risks associated with such contamination. **Accordingly, pursuant to the mediation clause found within their lease agreements, our clients demand mediation to address OMC's intentional failure to disclose contamination at MCBH.**

Please contact us at your earliest convenience to schedule mediation with our clients regarding these issues. We request a response within fifteen (15) days whether you agree to mediation. Please note that if we do not receive a response from you within fifteen days of the above date we will pursue all available remedies at law that our clients may be entitled to.

Thank you in advance for your cooperation in this issue and please do not hesitate to contact us to further discuss this matter.

Very truly yours,

Kyle Smith
Lynch, Hopper, Salzano & Smith

Terry Revere
Revere & Associates

**LYNCH HOPPER SMITH, LLP**
970 N. Kalaheo | Kailua, Hawaii 96734
T: (808) 791-9555

**REVERE & ASSOCIATES**
970 N. Kalaheo | Kailua, Hawaii 96734
T: (808) 791-9550

May 25, 2016

**RECEIVED**

**VIA REGULAR MAIL**

Ohana Military Communities, LLC
c/o Forest City Residential Management, Inc.
c/o Hunt Companies, Inc.
Box 63401
Kaneohe Bay, Hawaii 96863-3041

JUN 0 6 2016

**RE:**  **Mediation Demand to Ohana Military Communities, LLC**
**Marine Corps Base Hawaii Pesticide Contamination**

**Residents:**  **Tony and Morgan Jenkins**

Dear Ohana Military Communities, LLC:

This letter is provided to demand mediation on behalf of the above residents at Marine Corps Base Hawaii to address Ohana Military Communities, LLC, Forest City Residential Management, Inc., and/or Hunt Companies, Inc.'s (collectively, "OMC's") failure to disclose pesticide contamination to military families at MCBH. Specifically, despite knowledge of contamination at MCBH, OMC has knowingly leased residential housing to military families at MCBH without disclosing the presence or risks associated with such contamination. **Accordingly, pursuant to the mediation clause found within their lease agreements, our clients demand mediation to address OMC's intentional failure to disclose contamination at MCBH.**

Please contact us at your earliest convenience to schedule mediation with our clients regarding these issues. We request a response within fifteen (15) days whether you agree to mediation. Please note that if we do not receive a response from you within fifteen days of the above date we will pursue all available remedies at law that our clients may be entitled to.

Thank you in advance for your cooperation in this issue and please do not hesitate to contact us to further discuss this matter.

Very truly yours,

Kyle Smith
Lynch, Hopper, Salzano & Smith

Terry Revere
Revere & Associates