



EXHIBIT 2