**MCBH and Pearl Harbor Housing Issues**

June 6 · 🌐

Many assume they or their children must have serious health effects to pursue these legal claims, but that's NOT TRUE.

EVERY military family who leased a MCBH or Pearl Harbor home from Forest City has the right to pursue accountability and justice for their family. Forest City deceived us all and exposed all of our children and families to completely unnecessary and unacceptable health risks without warning or notification. All who DO NOT HAVE HEALTH EFFECTS have the same rights to pursue the SAME legal claims we did, enabling you to pursue accountability and justice for YOUR FAMILY too.

More than 100 other MCBH and Pearl Harbor families are pursuing accountability and justice for their families! And there are NO OUT OF POCKET EXPENSES to retain our attorneys.



👍 Like      💬 Comment      ➡ Share

EXHIBIT 3