**Michelle Bailey** Signed and Renae Nicole Kelley contact Christina Lambe at Lynch Harper Smith LLP 808-791-9558. They're the lawfirm that handled the original case of the 2 girls that won against FC. But the judge didn't rule it as a class action lawsuit so not everyone that was involved indirectly (the residents of MCBH) got any benefits from the settlement.

Like · Reply · 👍 2 · June 17 at 2:07am

EXHIBIT 4