Cara Barber
July 2, 2015

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PLAINTIFFS CARA BARBER, MELISSA JONES, MELISSA STREETER, KATIE ECKROTH, BOB BARBER, TIM JONES, AND RYAN ECKROTH, On Behalf of Themselves and All Others Similarly Situated,<br><br>     Class Plaintiffs,<br><br>  vs.<br><br>OHANA MILITARY COMMUNITIES, LLC, FOREST CITY RESIDENTIAL MANAGEMENT, INC.; and DOE Defendants 1-10,<br><br>     Defendants.<br>_____ | ) CIV NO. 14-00217 HG-KSC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DEPOSITION OF CARA BARBER

Taken on behalf of the Defendants OHANA MILITARY COMMUNITIES, LLC, FOREST CITY RESIDENTIAL MANAGEMENT, INC., at the law offices of Goodsill Anderson Quinn & Stifel, First Hawaiian Center, Suite 1600, 999 Bishop Street, Honolulu, Hawaii 96813, commencing at 9:50 a.m., on Thursday, July 2, 2015 pursuant to Notice.

BEFORE:  MYRLA R. ROMERO, CSR No. 397

Notary Public, State of Hawaii

EXHIBIT 5

```
 1   from those around my house, there were many homes,
 2   you know, built right around our house.  But I can't
 3   say that I looked at every single foundation.  You
 4   know what I'm saying?  But I do recall the ones that
 5   I specifically saw.
 6        Q    Okay.  So let's separate out the homes that
 7   were near your house that you observed from your
 8   house and the homes away from your house.
 9             For the homes away from your house, are you
10   saying that you only recognize this issue from
11   photos?
12        A    No.  You're saying from around my house
13   now?
14        Q    So I'm saying the homes away from your
15   house.
16        A    Okay.
17        Q    Are you saying that you recognize what you
18   contend is insufficient levels of soils, did you
19   observe that firsthand or did you only observe that
20   in retrospect by looking at your pictures?
21        A    I observed it when I was there but didn't
22   think anything much of it until after becoming aware
23   of the Pesticide Soil Management Plan and going back
24   and seeing those pictures and thinking, hmm?
25        Q    So at the time you didn't make any
```

104

```
 1   determinations about what level of soil was being

 2   placed on those foundations away from your home.  Is

 3   that fair to say?

 4        A    Again, are we talking about photographs?

 5        Q    Right now we're talking about your direct

 6   observations.

 7        A    Other sites away from my house?

 8        Q    Correct.

 9        A    Okay.  So yes, I believe my recollection

10   would come from my photographs.

11        Q    Okay.  And would sites away from your home

12   you never did a systematic observation and that

13   sounds a little technical but really all I mean is

14   okay, you went out and observed when the foundation

15   was there, you went and observed when the foundation

16   was being removed and then you went to the same place

17   afterwards and observed the new foundation.  Did you

18   do anything like that?

19        A    Not intentionally, no.

20        Q    Now, for the homes near your home, did you

21   go through that process?

22        A    Not intentionally, no.

23        Q    Okay.

24        A    I was just trying to figure out why our

25   families were sick.
```

105

```
                                                              277
 1                        C E R T I F I C A T E

 2   STATE OF HAWAII            )
                                )  SS:
 3   CITY AND COUNTY OF HONOLULU )

 4

 5           I, MYRLA R. ROMERO, do hereby certify:

 6

             That on Thursday, July 2, 2015, at
 7   9:50 a.m., appeared before me CARA BARBER, whose
     275-page deposition is contained herein; that prior
 8   to being examined CARA BARBER, was by me duly sworn
     or affirmed pursuant to Act 110 of the 2010 Session
 9   of the Hawaii State Legislature; that the deposition
     was taken down by me in machine shorthand and was
10   thereafter reduced to typewritten form under my
     supervision; that the foregoing represents, to the
11   best of my ability, a true and correct transcript of
     the proceedings had in the foregoing matter; that
12   pursuant to Rule 30(e) of the Hawaii Rules of Civil
     Procedure, a request for an opportunity to review and
13   make changes to this transcript were made by the
     deponent or a party prior to the completion of the
14   deposition.

15

16           I further certify that I am not an attorney
     for any of the parties hereto, nor in any way
17   concerned with the cause.

18

19

20           Dated this 12th day of July, 2015, in

21   Honolulu, Hawaii.

22

23                              _____
                                MYRLA R. ROMERO, CSR NO. 397
24                              Notary Public, State of Hawaii

25
```

1  Q   And at the time that you were observing the
2  homes or the foundation process near your home, did
3  you make any determinations about the specific level
4  of soils that were being placed on foundations?
5  A   No, I can't say that I did.  I just noted
6  what was going on periodically.  You know what I
7  mean?
8  Q   Okay.  And is it fair to say, then, that is
9  this a situation where after reading the Pesticide
10 Soil Management Plan later, your recollection is that
11 the amounts of soils you saw in passing around your
12 home were approximately six inches?
13 A   And also comparing that to the photographs.
14 Q   And looking at the photographs in
15 retrospect?
16 A   Right.
17 Q   Okay.  Is there any other basis for your
18 contention that sufficient levels of soil were not
19 placed on the foundations -- I'm sorry, that
20 sufficient level of soils were not placed on the old
21 soils or that sufficient level of soils were not
22 removed?
23 A   Based on Forest City, they did not do many
24 of the things that they claimed they would do in
25 their Pesticide Soil Management Plan caused

106