# MINUTE ORDER

CASE NUMBER: CV NO. 14-00217HG-KSC

CASE NAME: Cara Barber, et al. Vs. Ohana Military Communities, LLC, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Kevin S. C. Chang          REPORTER:

DATE: 09/06/2016                  TIME:

COURT ACTION:

After conducting an in camera review of the three e-mail messages delivered by attorney Whatoff on August 31, 2016, the Court finds and concludes that the e-mail messages are not relevant to the issues which are the subject of the hearing on the Order to Show Cause Regarding Violations of the Settlement Agreement, and therefore, are not discoverable. The Court will take no further action on the letter briefs dated August 26, 2016 submitted by counsel.  It is so ordered.

Submitted by Leslie L. Sai, Courtroom Manager