# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | Civ. No. 14-00217 HG-KSC |
| CASE NAME: | Cara Barber; Melissa Jones; Melissa Streeter; Katie Eckroth; Bob Barber; Tim Jones; Ryan Eckroth v. Ohana Military Communities, LLC; Forest City Residential Management, Inc. |
| ATTY FOR PLA: | Patrick Kyle Smith, Esquire<br>Terrance Revere, Esquire |
| ATTYS FOR DEFT: | Lisa W. Munger, Esquire<br>Randall C. Whattoff, Esquire<br>Christine A. Terada, Esquire |

JUDGE: Helen Gillmor

DATE: 9/9/2016

On September 6, 2016, Defendants filed:

DEFENDANTS OHANA MILITARY COMMUNITIES, LLC AND FOREST CITY RESIDENTIAL MANAGEMENT, LLC'S EX PARTE MOTION TO SHORTEN TIME AND FILE UNDER SEAL THEIR MOTION TO (1) CONTINUE MEDIATION AND/OR (2) UNSEAL THE ORDER GRANTING, IN PART, DEFENDANTS' MOTION FOR PRELIMINARY INJUNCTION FOR THE LIMITED PURPOSE OF PROVIDING THE ORDER TO THE MEDIATOR.
(ECF No. 345).

Defendants' Motion to Seal (ECF No. 345) is **GRANTED**.

Defendants' Motion to Shorten Time (ECF No. 345) is **GRANTED**.

Plaintiffs shall file their Response to Defendants' Motion to (1) Continue Mediation and/or (2) Unseal the Order Granting, In Part, Defendants' Motion for Preliminary Injunction for the Limited Purpose of Providing the Order to the Mediator on or before Tuesday, September 13, 2016.

After receiving the Parties' filings, the Court will notify the attorneys if a hearing is necessary.

Submitted by: Theresa Lam, Courtroom Manager

1