# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 14-00217HG-KSC |
| CASE NAME: | Cara Barber, et al. Vs. Ohana Military Communities LLC, et al. |
| ATTYS FOR PLA: | Terrance M. Revere |
| ATTYS FOR DEFT: | Randall C. Whattoff<br>Christine A. Terada |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | None |
| DATE: | 09/13/2016 | TIME: | 9:28am-9:56am |

COURT ACTION:   EP:   Status Conference Re-[ECF No. 353] Motion to Quash Subpoena

Discussion Held regarding the Motion to Quash Subpoena.

Court will notify Counsel as to the Court Hearing Date before this Court as to the Motion to Quash Subpoena.

Further Status Conference set for September 27, 2016 at 9:30 a.m. before Magistrate Judge Kevin Chang.

This Further Status Conference is hereby moved to September 28, 2016 at 10:00 a.m. before Magistrate Judge Kevin Chang from September 27, 2016.

Submitted by Leslie L. Sai, Courtroom Manager