COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP LLP

RANDALL C. WHATTOFF        9487-0
   rwhattoff@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawaiʻi  96813
Telephone:  (808) 585-9440
Facsimile:  (808) 275-3276

Attorneys for Defendants
OHANA MILITARY COMMUNITIES, LLC and
FOREST CITY RESIDENTIAL MANAGEMENT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PLAINTIFFS CARA BARBER, MELISSA JONES, MELISSA STREETER, KATIE ECKROTH, BOB BARBER, TIM JONES, AND RYAN ECKROTH, On Behalf of Themselves and All Others Similarly Situated,<br><br>       Class Plaintiffs,<br><br>vs.<br><br>OHANA MILITARY COMMUNITIES, LLC, FOREST CITY RESIDENTIAL MANAGEMENT, INC.; and DOE Defendants 1-10,<br><br>       Defendants. | CIVIL NO. 14-00217 HG-KSC<br><br>NOTICE OF CHANGE OF AFFILIATION AND ADDRESS; CERTIFICATE OF SERVICE |

4750019.1

## NOTICE OF CHANGE OF AFFILIATION AND ADDRESS

Pursuant to Local Rule 83.1(h) of the Local Rules of Practice for the United States District Court for the District of Hawaii, Randall C. Whattoff, counsel for Defendants OHANA MILITARY COMMUNITIES, LLC and FOREST CITY RESIDENTIAL MANAGEMENT, LLC. in the above-captioned matter, hereby gives notice of a change of firm affiliation and business address, effective as of September 19, 2016.  Counsel's new firm, address, and contact information are as follows:

> Randall C. Whattoff
> Cox Fricke LLP
> 800 Bethel Street, Suite 600
> Honolulu, Hawaii  96813
> Telephone: (808) 585-9440
> Facsimile: (808) 275-3276
> Email: rwhattoff@cfhawaii.com

Following this change of affiliation, Defendants will continue to be represented by Goodsill Anderson Quinn & Stifel LLP and will also be represented by Cox Fricke LLP.

DATED:  Honolulu, Hawaiʻi, September 21, 2016.

/s/ Randall C. Whattoff
RANDALL C. WHATTOFF

Attorneys for Defendants
OHANA MILITARY COMMUNITIES, LLC
and FOREST CITY RESIDENTIAL
MANAGEMENT, INC