**LYNCH HOPPER SMITH**
P. KYLE SMITH                    9533
970 N. Kalaheo Ave., #A301
Kailua, HI 96734
T: (808) 791-9555
F: (808) 791-9556

**REVERE AND ASSOCIATES**
TERRANCE M. REVERE              5857
Pali Palms Plaza
970 N. Kalaheo Ave., #A301
Kailua, HI 96734
T: (808) 791-9550
F: (808) 791-9551

*Attorneys on behalf of Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARA BARBER, MELISSA JONES, MELISSA STREETER, KATIE ECKROTH, BOB BARBER, TIM JONES and RYAN ECKROTH, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>      vs.<br><br>OHANA MILITARY COMMUNITIES, LLC, FOREST CITY RESIDENTIAL MANAGEMENT, INC. AND DOE DEFENDANTS 1-10,<br><br>            Defendants. | CIVIL NO.: CV14-00217 HG-KSC<br><br>**PLAINTIFF'S NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**<br><br>**PRELIMINARY INJUNCTION APPEAL** |

## NOTICE OF APPEAL OF PRELIMINARY INJUNCTION ORDER
## (DOC. #341)

NOTICE IS HEREBY GIVEN that Plaintiff CARA BARBER hereby appeals to the United States Court of Appeals for the 9th Circuit from the order of the district court for the District of Hawaii, entered in this case on August 26, 2016, granting Defendant's Motion for Preliminary Injunction.

Pursuant to Ninth Circuit Rule 3-2, attached is a Representation Statement that identifies all parties to the action, along with the names, addresses, and telephone numbers of their respective counsel. A Civil Appeals Docketing Statement is also being respectfully submitted.

DATED: Kailua, Hawaii, this 22nd day of September 2016.

Respectfully submitted,

**LYNCH HOPPER SMITH**
P. KYLE SMITH  (9533)
970 N. Kalaheo Ave., #A301
Kailua, HI  96734
T: (808) 791-9555
F: (808) 791-9556

**REVERE AND ASSOCIATES**
TERRANCE M. REVERE (5857)
Pali Palms Plaza
970 N. Kalaheo Ave., #A301
Kailua, HI  96734
T: (808) 791-9550
F: (808) 791-9551
*Attorneys on behalf of Plaintiff*

# RULE 3-2 REPRESENTATION STATEMENT

1.    Plaintiff-Appellant, Cara Barber, is represented by:

     **LYNCH HOPPER SMITH**
     P. KYLE SMITH
     970 N. Kalaheo Ave., #A301
     Kailua, HI  96734
     T: (808) 791-9555
     F: (808) 791-9556

     **REVERE AND ASSOCIATES**
     TERRANCE M. REVERE
     Pali Palms Plaza
     970 N. Kalaheo Ave., #A301
     Kailua, HI  96734
     T: (808) 791-9550
     F: (808) 791-9551

2.    Defendants Ohana Military Communities, LLC, and Forest City
     Residential Management, Inc. are represented by:

     **GOODSILL ANDERSON QUINN & STIFEL**
     LISA WOODS MUNGER
     CHRISTINE A. TERADA
     Hawaiian Center, Suite 1600
     999 Bishop St.
     Honolulu, HI 96813

     And

     **Cox Fricke LLP**
     RANDALL C. WHATTOFF
     800 Bethel Street, Suite 600
     Honolulu, Hawaii 96813
     Telephone: (808) 585-9440
     Facsimile: (808) 275-3276
     Email: rwhattoff@cfhawaii.com