**SMITH LAW**
P. KYLE SMITH          9533-0
970 N. Kalaheo Ave., #A301
Kailua, HI  96734
T: (808) 791-9555

**REVERE & ASSOCIATES**
TERRANCE M. REVERE          5857-0
Pali Palms Plaza
970 North Kalaheo Avenue, Suite A301
Kailua, Hawaii 96734
T: (808) 791-9550

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| CARA BARBER, et al., On Behalf of Themselves And All Others Similarly Situated,<br><br>Class Plaintiffs,<br><br>vs.<br><br>OHANA MILITARY COMMUNITIES, LLC, FOREST CITY RESIDENTIAL MANAGEMENT, INC.; and DOE DEFENDANTS 1-10,<br><br>Defendants. | CIVIL NO.:  14-00217 HG-KSC<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION; CERTIFICATE OF SERVICE**<br><br><br><br>Judge: Hon. Helen Gillmor |

## NOTICE OF CHANGE OF FIRM AFFILIATION

Pursuant to Local Rule 83.1(h) of the Local Rules of Practice of the United States District Court for the District of Hawaii, Counsel Patrick Kyle Smith for Plaintiff Cara Barber, et al., in the above captioned matter hereby gives

notice of a change of firm affiliation, effective immediately. Counsel's new firm and contact information are as follows:

    Kyle Smith
    SMITH LAW
    970 N. Kalaheo Ave., #A301
    Kailua, HI  96734
    T:  (808) 791-9555
    F:  (808) 791-9556
    Email: kyle@smithhawaii.law

…
DATED: October 20, 2016

                                    P. Kyle Smith, Esq.

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| CARA BARBER, et al., On Behalf of Themselves And All Others Similarly Situated, | CIVIL NO.:  14-00217 HG-KSC |
|        Class Plaintiffs, | |
|    vs. | **CERTIFICATE OF SERVICE** |
| OHANA MILITARY COMMUNITIES, LLC, FOREST CITY RESIDENTIAL MANAGEMENT, INC.; and DOE DEFENDANTS 1-10, | Judge: Hon. Helen Gillmor |
|      Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Change of Firm Affiliation was served upon the parties listed below by CM/ECF:

COX FRICKE
Joachim P. Cox     jcox@cfhawaii.com
Randall Whattoff    rwhattoff@cfhawaii.com
Kamala S. Haake   khaake@cfhawaii.com
GOODSILL ANDERSON QUINN & STIFEL
Lisa Munger       lmunger@goodsill.com
Christine Terada    cterada@goodsill.com
Attorneys for Defendants

DATED:  Kailua, Hawaii, this 20th day of October 2016.

 

P. KYLE SMITH