# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | Civ. No. 14-00217 HG-KSC |
| CASE NAME: | Cara Barber; Melissa Jones; Melissa Streeter; Katie Eckroth; Bob Barber; Tim Jones; Ryan Eckroth v. Ohana Military Communities, LLC; Forest City Residential Management, Inc. |
| ATTYS FOR PLA: | Patrick Kyle Smith, Esquire<br>Terrance Revere, Esquire<br>Malia R. Nickison-Beazley, Esquire<br>Sergio Salzano, Esquire |
| ATTYS FOR DEFT: | Randall C. Whattoff, Esquire<br>Lisa W. Munger, Esquire<br>Christine A. Terada, Esquire |

JUDGE:    Helen Gillmor

DATE:    December 8, 2016

COURT ACTION:

On December 7, 2016, Defendants filed:

DEFENDANTS OHANA MILITARY COMMUNITIES, LLC AND FOREST CITY RESIDENTIAL MANAGEMENT, LLC'S EX PARTE APPLICATION FOR LEAVE TO FILE UNDER SEAL:

(1) THEIR EX PARTE APPLICATION TO UNSEAL A PORTION OF THE TRANSCRIPT OF THE AUGUST 15, 2016 EVIDENTIARY HEARING,

(2) THE DECLARATION OF RANDALL C. WHATTOFF THERETO, AND

(3) EXHIBITS A-F THERETO.
(ECF No. 385).

Defendants' Application for Leave to File Under Seal (ECF No. 385) is **GRANTED**.

Submitted by: Leslie Sai, Courtroom Manager