IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PLAINTIFFS CARA BARBER, MELISSA JONES, MELISSA STREETER, KATIE ECKROTH, BOB BARBER, TIM JONES, AND RYAN ECKROTH, On Behalf of Themselves and All others Similarly Situated,<br><br>        Plaintiff(s),<br><br>vs.<br><br>OHANA MILITARY COMMUNITIES, LLC, FOREST CITY RESIDENTIAL MANAGEMENT, INC.; and DOE Defendants 1-10,<br><br>        Defendant(s). | CIVIL NO. 14-00217-HG-RLP<br><br>ORDER TEMPORARILY UNSEALING HEARING FOR LIMITED PURPOSE OF PREPARING TRANSCRIPT |

ORDER TEMPORARILY UNSEALING HEARING FOR LIMITED PURPOSE OF
PREPARING TRANSCRIPT

Defendant OHANA MILITARY COMMUNITIES, LLC, FOREST CITY RESIDENTIAL MANAGEMENT, INC.; and DOE Defendants 1-10's Request for Leave to Obtain Transcript of sealed proceedings held on 06/29/2016, 07/25/16, and 08/15/16 is hereby GRANTED.

It is the ORDER OF THIS COURT that the sealed hearings shall be unsealed for the limited purpose of preparing and providing a transcript for Randall C. Whattoff, Attorney for Defendant.

It is FURTHER ORDERED that the sealed hearings shall be resealed thereafter and a certified copy of the sealed transcript shall be filed with the Clerk pursuant to 28 U.S.C., Section

753(b) and remain sealed until further order of the Court.

It is FURTHER ORDERED that the receiving party shall not disclose the sealed contents of this transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED: Honolulu, Hawaii, on February 9, 2018.



Helen Gillmor
United States District Judge

PLAINTIFFS CARA BARBER, MELISSA JONES, MELISSA STREETER, KATIE ECKROTH, BOB BARBER, TIM JONES, AND RYAN ECKROTH, On Behalf of Themselves and All others Similarly Situated, vs. OHANA MILITARY COMMUNITIES, LLC, FOREST CITY RESIDENTIAL MANAGEMENT, INC.; and DOE Defendants 1-10, 14-cv-00217HG-RLP; ORDER TEMPORARILY UNSEALING HEARING FOR LIMITED PURPOSE OF PREPARING TRANSCRIPT