IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARA BARBER, | Civ. No. 14-00217 HG-RLP |
| Plaintiff, | |
| vs. | |
| OHANA MILITARY COMMUNITIES, LLC; FOREST CITY RESIDENTIAL MANAGEMENT, INC., | |
| Defendants. | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (ECF No. 445)

Findings and Recommendation having been filed and served on all parties on August 3, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiff Cara Barber's Motion for Review of Clerk's Taxation of Costs" (ECF No. 445) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: November 30, 2018, Honolulu, Hawaii.

Helen Gillmor
United States District Judge