ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 29 2019
at 10 o'clock and 50 min. __M
SUE BEITIA, CLERK

COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP

JOACHIM P. COX                  7520-0
   jcox@cfhawaii.com
RANDALL C. WHATTOFF             9487-0
   rwhattoff@cfhawaii.com
KAMALA S. HAAKE                 9515-0
   khaake@cfhawaii.com
CHRISTINE A. TERADA             10004-0
   cterada@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813
Telephone: (808) 585-9440
Facsimile: (808) 275-3276

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

LISA WOODS MUNGER               3858-0
   lmunger@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawai'i 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendants
OHANA MILITARY COMMUNITIES, LLC and
FOREST CITY RESIDENTIAL MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PLAINTIFFS CARA BARBER, MELISSA JONES, MELISSA STREETER, KATIE ECKROTH, BOB BARBER, TIM JONES, AND RYAN ECKROTH, On Behalf of Themselves | CIVIL NO. 14-00217 HG-KSC<br><br>STIPULATION FOR WITHDRAWAL OF PRELIMINARY INJUNCTION |

| | |
|---|---|
| and All Others Similarly Situated,<br><br>             Class Plaintiffs,<br><br>vs.<br><br>OHANA MILITARY COMMUNITIES, LLC, FOREST CITY RESIDENTIAL MANAGEMENT, INC.; and DOE Defendants 1-10,<br>             Defendants. | MOTION AND DISMISSAL OF ANY REMAINING CLAIMS, COUNTERCLAIMS, AND ISSUES, AND ORDER |

### STIPULATION FOR WITHDRAWAL OF PRELIMINARY INJUNCTION MOTION AND DISMISSAL OF ANY REMAINING CLAIMS, COUNTERCLAIMS, AND ISSUES, AND ORDER

IT IS HEREBY STIPULATED by and between Defendants Ohana Military Communities, LLC and Forest City Residential Management, LLC, and Plaintiff Cara Barber, by and through their undersigned counsel, that the Motion for Preliminary Injunction and Order to Show Cause Re Violations of the Parties' Settlement Agreement (Dkt. No. 278) ("PI Motion") is withdrawn, and any other related claims, counterclaims, or issues remaining in the above-entitled action will be dismissed with prejudice. Each party to this stipulation shall bear their own attorneys' fees and costs in connection with the PI Motion, the related appeals and motions, and any other filings or issues in this case. This stipulation is intended to dismiss with prejudice all claims and counterclaims remaining in the case, and there are no remaining parties, claims, or issues.

Judge Kenneth Mansfield shall retain jurisdiction for a period of three years to resolve any disputes or actions related to the parties' Settlement Agreement and Release, entered as of January 5, 2016 ("Settlement Agreement"), and the Addendum to the Settlement Agreement and Release, entered into on or about March 26, 2019 ("Addendum"). The parties and the Court agree that this period of time is reasonable under the unique circumstances and procedural history of this case. The parties and the Court further agree that, prior to filing any motion or action related to their Settlement Agreement or Addendum, they will contact the Court for an informal conference in an attempt to resolve such dispute.

This stipulation for dismissal is based upon Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and has been signed by all parties who have made an appearance in this action.

DATED: Honolulu, Hawai'i, March 28, 2019.

/s/ Randall C. Whattoff
JOACHIM P. COX
RANDALL C. WHATTOFF
KAMALA S. HAAKE
CHRISTINE A. TERADA
Attorneys for Defendants
OHANA MILITARY COMMUNITIES, LLC
and FOREST CITY RESIDENTIAL
MANAGEMENT, LLC

DATED: Honolulu, Hawai'i, March 28, 2019.

/s/ Bradford F.K. Bliss
BRADFORD F.K. BLISS
P. KYLE SMITH, ESQ.
TERRANCE M. REVERE
Attorneys for Plaintiff
CARA BARBER

APPROVED AND SO ORDERED:

_(signature)_
UNITED STATES DISTRICT JUDGE
3·29·19

*Cara Barber, et al. v. Ohana Military Communities, LLC, et al.*, Civil No. 14-00217 HG-KSC, Stipulation for Withdrawal of Preliminary Injunction Motion and Dismissal of Any Remaining Claims, Counterclaims, and Issues, and Order